339 A.2d 762

**Petition of Mary FEINGOLD for Custody of minor children.**

**Appeal of Leonard FEINGOLD.**

Supreme Court of Pennsylvania.

Argued Jan. 20, 1975.

Decided July 7, 1975.

Leonard Feingold, in pro. per.

Sheldon W. Farber, Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Appeal at No. 53 January Term, 1975 is hereby transferred to the Superior Court of Pennsylvania. See the Appellate Court Jurisdiction Act of July 31, 1970, P.L. 673, No. 223, arts. II & III, § 202(5) § 302, 17 P.S. § 211.202(5) and § 211.302.